UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL KNOWLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-282-B-W |
| | ) | |
| STATE OF MAINE, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 29, 2009 her Recommended Decision (Docket # 54). Plaintiff filed his objections to the Recommended Decision on November 4, 2009 (Docket # 55) and the Defendants filed their response to those objections on November 18, 2009 (Docket # 56). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 54) is hereby AFFIRMED;

2. It is further ORDERED that the Defendants' Motion to Dismiss (Docket # 43) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2009